# United States Court of Appeals
## For the First Circuit

---

Nos. 07-2615, 07-2616

MASSACHUSETTS EYE AND EAR INFIRMARY,

Plaintiff/Counterclaim Defendant-Appellee/Cross-Appellant,

v.

QLT PHOTOTHERAPEUTICS, INC.,

Defendant.

---

QLT, INC.,

Counterclaim Plaintiff, Appellant/Cross-Appellee,

v.

MASSACHUSETTS EYE AND EAR INFIRMARY;
EVANGELOS S. GRAGOUDAS, M.D.; JOAN W. MILLER, M.D.,

Counterclaim Defendants, Appellees/Cross-Appellants.

---

**ERRATA SHEET**

The opinion of this Court issued on January 12, 2009 is amended as follows:

On p. 9, line 17:  the "a" between "with" and some" should be deleted.

On p. 55, line 16:  insert the word "is" between "motion" and "to dispose."